UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARLA FISHER** | * | **CIVIL ACTION NO.: 13-6632** |
| v. | * | **SECTION: "R" (4)** |
| | * | **JUDGE SARAH VANCE** |
| **RAND BEERS, in his capacity as SECRETARY OF THE DEPARTMENT OF HOMEAND SECURITY and** | * | **MAGISTRATE ROBY** |
| **W. CRAIG FUGATE, in his capacity as ADMINISTRATOR of the FEDERAL EMERGENCY MANAGEMENT AGENCY** | * | |

\* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss,

**IT IS HEREBY ORDERED** that the claims brought by Plaintiff, Carla Fisher, against the Federal Defendant, Jeh Johnson, in his official capacity as the current Secretary of the Department of Homeland Security, incorrectly identified by Plaintiff as Rand Beers, and W. Craig Fugate in his official capacity as Administrator of the Federal Emergency Management Agency, in the above-captioned matter be dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this  4th   day of  February  , 2015.

_Sarah Vance_
**SARAH VANCE**
**UNITED STATES DISTRICT JUDGE**